FILED

December 18, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )        Case No. 2:14CR00326-JAM
            Plaintiff,              )
                                    )
v.                                  )        ORDER FOR RELEASE OF
                                    )        PERSON IN CUSTODY
ELIZABET PEREZ,                     )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ___ELIZABET  PEREZ___ , Case No. _

__2:14CR00326-JAM__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__      Release on Personal Recognizance

__      Bail Posted in the Sum of

✔       Unsecured Appearance Bond $35,000.00

__      Appearance Bond with 10% Deposit

__      Appearance Bond with Surety

__      Corporate Surety Bail Bond

✔       (Other)          __Pretrial conditions as stated on the record.__

The defendant shall  be released to pretrial services  12/19/2014

Issued at  _Sacramento, CA_  on  _December 18, 2014_  at _2:39 pm_  .

By  /s/ Allison Claire/s/ Allison Claire _____
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court