JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone:   530.759.0700
Facsimile:    530.759.0800

Attorney for Defendant
ELISABET PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0326 JAM |
| Plaintiff, | |
| vs. | **REQUEST FOR WAIVER OF PRESENCE** |
| ELISABET PEREZ, | |
| Defendant. | |

  Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence.

  Defendant further acknowledges that she has been informed of her rights under

1

Request for Waiver of Presence                            Case No. 2:14-CR-0326 JAM

Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without defendant being present.

Dated:   January 20, 2015              By: /s/ Original Signature on file
                                          ELISABET PEREZ


Dated:   January 20, 2015              By: /s/ Jennifer C. Noble
                                          JENNIFER C. NOBLE
                                          WISEMAN LAW GROUP
                                          Attorney for Defendant
                                          ELISABET PEREZ


Dated: February 2, 2015                I approve the above waiver of presence.

                                       _____
                                       United States District Judge