BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-326 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RIGOBERTO CECENA, ELISABET PEREZ, YUSEN VALENZUELA-HERRERA, | DATE: March 24, 2015 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 24, 2015.

2.      By this stipulation, the parties now move to continue the status conference until April 28, 2015 at 9:15 a.m., and to exclude time between March 24, 2015, and April 28, 2015 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 102 pages of documents, including investigative reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and

1  copying.

2          b)      Counsel for defendants desire additional time to consult with their clients, conduct

3  investigation and research, review discovery, and to discuss potential resolutions with his client.

4          c)      Counsel for defendants believe that failure to grant the above-requested

5  continuance would deny them the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7          d)      Based on the above-stated findings, the ends of justice served by continuing the

8  case as requested outweigh the interest of the public and the defendant in a trial within the

9  original date prescribed by the Speedy Trial Act.

10          e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of March 24, 2015 to April 28, 2015

12  at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13  Code T4] because it results from a continuance granted by the Court at defendant's request on

14  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15  best interest of the public and the defendant in a speedy trial.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 23, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ JOSH F. SIGAL
                                         JOSH F. SIGAL
                                         Assistant United States Attorney

Dated: March 23, 2015                    /s/ Josh F. Sigal for
                                         MICHAEL PETRIK
                                         Counsel for Defendant
                                         Rigoberto Cecena


Dated: March 23, 2015                    /s/ Josh F. Sigal for
                                         JENNIFER NOBLE
                                         Counsel for Defendant
                                         Elisabet Perez

Dated: March 23, 2015                    /s/ Josh F. Sigal for
                                         DINA SANTOS
                                         Counsel for Defendant
                                         Yusen Valenzuela-Herrera


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of March, 2015.


                                         /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE