**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:   530.759.0700**
  **Facsimile:    530.759.0800**

**Attorney for Defendant**
**ELISABET PEREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0326 JAM |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]** |
|  | ) **ORDER TO MODIFY CONDITIONS** |
|  | ) **OF PRE-TRIAL RELEASE** |
| ELISABET PEREZ, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Josh Sigal, Assistant United States Attorney, and Jennifer C. Noble, attorney for Elisabet Perez, with no objection from the Pre-Trial Officer, that Condition 16 of Elisabet Perez's pre-trial release be modified to extend her curfew from 7 p.m. to 10 p.m., on Friday, June 5, 2015, so that she can attend a graduation ceremony.

*/ / / / /*

*/ / / / /*

*/ / / / /*

*/ / / / /*

*/ / / / /*

1

Stipulation and P̶r̶o̶p̶o̶s̶e̶d̶ Order                                   Case No. 2:14-CR-0326 JAM
To Modify Conditions of Pre-Trial Release

All other conditions of pre-trial release would remain unchanged.

IT IS SO STIPULATED.

Dated: June 1, 2015                    By: /s/ Jennifer C. Noble
                                            JENNIFER C. NOBLE
                                            WISEMAN LAW GROUP
                                            Attorney for Defendant
                                            ELISABET PEREZ

Dated: June 1, 2015                         BENJAMIN B. WAGNER
                                            United States Attorney

                                       By: /s/ JOSH F. SIGAL
                                            JOSH F. SIGAL
                                            Assistant United States Attorney

## PROPOSED ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Conditions of Pre-Trial Release be modified as follows:

Condition 16 restricting defendant to her home for the hours of 7:00 p.m. to 7:00 a.m. be modified to allow her to attend a graduation ceremony June 5, 2015 from 7:00 to 10:00 p.m.  All other conditions of pre-trial release remain in force.

IT IS SO ORDERED.

Dated:  June 2, 2015
                                       _____
                                       HON. EDMUND F. BRENNAN
                                       United States Magistrate Judge

Stipulation and ~~Proposed~~ Order                    Case No. 2:14-CR-0326 JAM
To Modify Conditions of Pre-Trial Release