BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIGOBERTO CECENA, <br> ELISABET PEREZ, <br> YUSEN VALENZUELA-HERRERA, <br><br> Defendants. | CASE NO.  2:14-CR-326 JAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: June 9, 2015 <br> TIME: 9:15 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 9, 2015.

2. By this stipulation, the parties now move to continue the status conference until July 21, 2015 at 9:15 a.m., and to exclude time between June 9, 2015, and July 21, 2015 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 119 pages of documents, including investigative reports and audio recordings. All of this discovery has been either produced directly to counsel and/or made

1   available for inspection and copying.

2         b)     Counsel for defendants desire additional time to consult with their clients, conduct
3   investigation and research, review discovery, and to discuss potential resolutions with his client.
4   Part of this review involves further examination of audio recordings.

5         c)     Counsel for defendants believe that failure to grant the above-requested
6   continuance would deny them the reasonable time necessary for effective preparation, taking into
7   account the exercise of due diligence.

8         d)     Based on the above-stated findings, the ends of justice served by continuing the
9   case as requested outweigh the interest of the public and the defendant in a trial within the
10  original date prescribed by the Speedy Trial Act.

11        e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12  et seq., within which trial must commence, the time period of June 9, 2015 to July 21, 2015 at
13  9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
14  Code T4] because it results from a continuance granted by the Court at defendant's request on
15  the basis of the Court's finding that the ends of justice served by taking such action outweigh the
16  best interest of the public and the defendant in a speedy trial.

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 5, 2015                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ JOSH F. SIGAL
                                       JOSH F. SIGAL
                                       Assistant United States Attorney

Dated: June 5, 2015                    /s/ Josh F. Sigal for
                                       MICHAEL PETRIK
                                       Counsel for Defendant
                                       Rigoberto Cecena

Dated: June 5, 2015                    /s/ Josh F. Sigal for
                                       JENNIFER NOBLE
                                       Counsel for Defendant
                                       Elisabet Perez

Dated: June 5, 2015                    /s/ Josh F. Sigal for
                                       DINA SANTOS
                                       Counsel for Defendant
                                       Yusen Valenzuela-Herrera

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of June, 2015.

                                       /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3