**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:    530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
**ELISABET PEREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-0326 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AMENDED STIPULATION AND** |
| ) | **ORDER TO CONTINUE STATUS** |
| ) | **CONFERENCE** |
| ) | |
| RIGOBERTO CECENA, ) | |
| ELISABET PEREZ, YUSEN ) | |
| VALENZUELA-HERRERA, ) | |
| ) | |
| Defendants. ) | |

      IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Josh Sigal, Assistant United States Attorney, and Michael Petrik, attorney for Rigoberto Cecena, Jennifer C. Noble, attorney for Elisabet Perez, and Dina Santos, attorney for Yusen Valenzuela-Herrera, that the status conference presently set for July 21, 2015, be continued to September 22, 2015, at 9:15 a.m., thus vacating the presently set status conference.

     The parties need additional time to continue investigate potential issues and to review translated transcripts. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of

counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 22, 2015.

**IT IS SO STIPULATED.**

| Dated: July 17, 2015 | By: /s/ Jennifer C. Noble |
| | JENNIFER C. NOBLE |
| | WISEMAN LAW GROUP |
| | Attorney for Defendant |
| | ELISABET PEREZ |

| Dated: July 17, 2015 | By: /s/ Michael Petrik |
| | Michael Petrik , Jr |
| | Attorney for Defendant |
| | RIGOBERTO CECENA |

| Dated: July 17, 2015 | By: /s/ Dina Lee Santos |
| | Dina Lee Santos |
| | Attorney for Defendant |
| | YUSEN VALENZUELA-HERRERA |

| Dated: July 17, 2015 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| | By: /s/ JOSH F. SIGAL |
| | JOSH F. SIGAL |
| | Assistant United States Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the that the status conference presently set for July 21, 2015, be continued to September 22, 2015, at 9:15 a.m., thus vacating the presently set status conference.

IT IS SO ORDERED.

Dated: 7/17/2015        /s/ John A. Mendez
                        HON. JOHN A. MENDEZ
                        United States District Court Judge