1    BENJAMIN B. WAGNER
     United States Attorney
2    JOSH F. SIGAL
     Special Assistant United States Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone:  (916) 554-2700
     Facsimile:   (916) 554-2900
5

6    Attorneys for Plaintiff
     United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-326 JAM

12                        Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                          FINDINGS AND ORDER

14   RIGOBERTO CECENA,                      DATE: September 22, 2015
     ELISABET PEREZ,                        TIME: 9:15 a.m.
15   YUSEN VALENZUELA-HERRERA,              COURT: Hon. John A. Mendez

16                        Defendants.

17

18                              **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20   through defendant's counsel of record, hereby stipulate as follows:

21          1.      By previous order, this matter was set for status on September 22, 2015.

22          2.      By this stipulation, the parties now move to continue the status conference until October

23   27, 2015 at 9:15 a.m., and to exclude time between September 22, 2015, and October 27, 2015 at 9:15

24   a.m., under Local Code T4.

25          3.      The parties agree and stipulate, and request that the Court find the following:

26                  a)      The government has represented that the discovery associated with this case

27   includes approximately 164 pages of documents, including investigative reports and audio

28   recordings.  All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.  A plea agreement has been offered to one defendant, and the parties have discussed potential resolutions in the cases of the other two defendants.

b)      In light of these discussions, counsel for defendants desire additional time to consult with their clients, conduct investigation and research, review discovery, and to discuss potential resolutions with their clients.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2015 to October 27, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4          IT IS SO STIPULATED.

5

6  Dated:  September 17, 2015                    BENJAMIN B. WAGNER
                                                 United States Attorney

7

8                                                /s/ *JOSH F. SIGAL*
                                                 JOSH F. SIGAL
9                                                Assistant United States Attorney

10 Dated: September 17, 2015                     */s/ Josh F. Sigal for*
                                                 MICHAEL PETRIK
11                                               Counsel for Defendant
                                                 Rigoberto Cecena
12

13

14 Dated: September 17, 2015                     */s/ Josh F. Sigal for*
                                                 JENNIFER NOBLE
15                                               Counsel for Defendant
                                                 Elisabet Perez

16 Dated: September 17, 2015                     */s/ Josh F. Sigal for*
                                                 DINA SANTOS
17                                               Counsel for Defendant
                                                 Yusen Valenzuela-Herrera
18

19

20

21                           **FINDINGS AND ORDER**

22         IT IS SO FOUND AND ORDERED this 18TH  day of September, 2015.

23

24                                               /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
25                                               UNITED STATES DISTRICT COURT JUDGE

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT