**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:**    **530.759.0700**
    **Facsimile:**    **530.759.0800**

**Attorney for Defendant**
**ELISABET PEREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-0326 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AMENDED STIPULATION AND** |
| ) | **ORDER TO CONTINUE STATUS** |
| ) | **CONFERENCE** |
| ) | |
| RIGOBERTO CECENA, ) | |
| ELISABET PEREZ, YUSEN ) | |
| VALENZUELA-HERRERA, ) | |
| ) | |
| Defendants. ) | |

      IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Josh Sigal, Assistant United States Attorney, and Michael Petrik, attorney for Rigoberto Cecena, Jennifer C. Noble, attorney for Elisabet Perez, and Dina Santos, attorney for Yusen Valenzuela-Herrera, that the status conference presently set for October 27, 2015, be continued to November 3, 2015, at 9:15 a.m., thus vacating the presently set status conference.

    The parties need additional time to continue to negotiate potential resolutions to the case, and defense counsel require additional time to consult with their clients, conduct investigation and research, review discovery and identify potential defenses.

    Therefore, counsel for the parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, November 3, 2015.

**IT IS SO STIPULATED.**

Dated: October 21, 2015         By: /s/ Jennifer C. Noble
                                JENNIFER C. NOBLE
                                WISEMAN LAW GROUP
                                Attorney for Defendant
                                ELISABET PEREZ

Dated: October 21, 2015         By: /s/ Michael Petrik
                                Michael Petrik , Jr
                                Attorney for Defendant
                                RIGOBERTO CECENA

Dated: October 21, 2015         By: /s/ Dina Lee Santos
                                Dina Lee Santos
                                Attorney for Defendant
                                YUSEN VALENZUELA-HERRERA

Dated: October 21, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ JOSH F. SIGAL
                                JOSH F. SIGAL
                                Assistant United States Attorney

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the that the status conference presently set for October 27, 2015, be continued to November 3, 2015, at 9:15 a.m., thus vacating the presently set status conference.

IT IS SO ORDERED.

Dated: 10/23/2015                    /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
                                     United States District Court Judge