**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:**   **530.759.0700**
    **Facsimile:**   **530.759.0800**

**Attorney for Defendant**
**ELISABET PEREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-0326 JAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND TO MODIFY** |
| ) | **CONDITIONS OF PRE-TRIAL** |
| ) | **RELEASE** |
| ELISABET PEREZ, ) | |
| Defendant. ) | |

        IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Josh Sigal, Assistant United States Attorney, and Jennifer C. Noble, attorney for Elisabet Perez, with no objection from the Pre-Trial Officer, that Condition 16 of Elisabet Perez's pre-trial release be modified to adjust her curfew so that she can take her daughter trick-or-treating for Halloween. Ms. Perez requests that her usual curfew, which requires her to be home by 7 p.m., be extended to 10 p.m., on Saturday, October 31, 2015.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

All other conditions of pre-trial release would remain unchanged.

IT IS SO STIPULATED.

Dated: October 22, 2015					By: /s/ Jennifer C. Noble
							JENNIFER C. NOBLE
							WISEMAN LAW GROUP
							Attorney for Defendant
							ELISABET PEREZ


Dated: October 22, 2015					BENJAMIN B. WAGNER
							United States Attorney

							By: /s/ JOSH F. SIGAL
							JOSH F. SIGAL
							Assistant United States Attorney


## PROPOSED ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Conditions of Pre-Trial Release be modified as follows:

Condition 16 restricting defendant to her home for the hours of 7:00 p.m. to 7:00 a.m. shall be modified to 7:00 p.m. to 10 p.m. on October 31, 2015 to allow her to take her daughter trick-or-treating on Halloween. All other conditions of pre-trial release remain in force.

IT IS SO ORDERED.

Dated:  October 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE