1  **JENNIFER C. NOBLE, ESQ., CSBN 256952**
2  **WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
3      **Davis, California 95618**
    **Telephone:   530.759.0700**
4      **Facsimile:   530.759.0800**

5  **Attorney for Defendant**
    **ELISABET PEREZ**

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9                         SACRAMENTO DIVISION

10

11 | UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0326 JAM |
|---|---|
12 |             Plaintiff, | ) |
13 |   vs. | ) **STIPULATION AND [PROPOSED]** |
14 | | ) **ORDER] TO MODIFY CONDITIONS** |
| | ) **OF PRE-TRIAL RELEASE** |
15 | ELISABET PEREZ, | ) |
16 |             Defendant. | ) |
17

18        IT IS HEREBY STIPULATED by and between the parties, the UNITED

19  STATES OF AMERICA, through undersigned counsel, Josh Sigal, Assistant United

20  States Attorney, and Jennifer C. Noble, attorney for Elisabet Perez, with no objection

21  from the Pre-Trial Officer, that Condition 16 of Elisabet Perez's pre-trial release be

22  modified to adjust her curfew so that she can join her family for Thanksgiving. Ms. Perez

23  requests that her usual curfew, which requires her to be home by 7 p.m., be extended to

24  11 p.m., on Thursday, November 26, 2015.

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

All other conditions of pre-trial release would remain unchanged.

IT IS SO STIPULATED.

Dated: November 16, 2015					By: /s/ Jennifer C. Noble
							JENNIFER C. NOBLE
							WISEMAN LAW GROUP
							Attorney for Defendant
							ELISABET PEREZ


Dated: November 16, 2015					BENJAMIN B. WAGNER
							United States Attorney

							By: /s/ JOSH F. SIGAL
							JOSH F. SIGAL
							Assistant United States Attorney

## PROPOSED ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Conditions of Pre-Trial Release be modified as follows:

Condition 16 restricting defendant to her home for the hours of 7:00 p.m. to 7:00 a.m. shall be modified to allow her to be with her family on Thanksgiving from 7:00 p.m. to 11 p.m. on November 26, 2015. All other conditions of pre-trial release remain in force.

IT IS SO ORDERED.

Dated: November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order					Case No. 2:14-CR-0326 JAM
To Modify Conditions of Pre-Trial Release