**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:   530.759.0700**
    **Facsimile:   530.759.0800**

**Attorney for Defendant**
**ELISABET PEREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0326 JAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| RIGOBERTO CECENA, ELISABET PEREZ, YUSEN VALENZUELA-HERRERA, | ) **CONTINUE STATUS CONFERENCE** |
| Defendants. | ) |

      IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Josh Sigal, Assistant United States Attorney, and Michael Petrik, attorney for Rigoberto Cecena, Jennifer C. Noble, attorney for Elisabet Perez, and Dina Santos, attorney for Yusen Valenzuela-Herrera, that the status conference presently set for December 1, 2015, be continued to January 19, 2016, at 9:15 a.m., thus vacating the presently set status conference.

      The parties need additional time to continue to negotiate potential resolutions to the case, and defense counsel require additional time to consult with their clients, conduct investigation and research, review discovery and identify potential defenses.

      Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and

the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 12, 2016.

**IT IS SO STIPULATED.**

Dated: November 19, 2015                By: /s/ Jennifer C. Noble
                                        JENNIFER C. NOBLE
                                        WISEMAN LAW GROUP
                                        Attorney for Defendant
                                        ELISABET PEREZ

Dated: November 19, 2015                By: /s/ Michael Petrik
                                        Michael Petrik , Jr
                                        Attorney for Defendant
                                        RIGOBERTO CECENA

Dated: November 19, 2015                By: /s/ Dina Lee Santos
                                        Dina Lee Santos
                                        Attorney for Defendant
                                        YUSEN VALENZUELA-HERRERA

Dated: November 19, 2015                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ JOSH F. SIGAL
                                        JOSH F. SIGAL
                                        Assistant United States Attorney

**PROPOSED ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the that the status conference presently set for December 1, 2015, be continued to January 19, 2016, at 9:15 a.m., thus vacating the presently set status conference.

**IT IS SO ORDERED.**

Dated: November 23, 2015          /s/ JOHN A. MENDEZ
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge

2

Stipulation and Proposed Order                       Case No. 2:14-CR-0326 JAM
To Continue Status Conference