**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**ELISABET PEREZ**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0326 JAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [~~PROPOSED~~** |
| | ) **ORDER] TO MODIFY CONDITIONS** |
| | ) **OF PRE-TRIAL RELEASE** |
| ELISABET PEREZ, | ) |
| Defendant. | ) |
| | ) |

     IT IS HEREBY STIPULATED by and between the parties, the UNITED STATES OF AMERICA, through undersigned counsel, Josh Sigal, Assistant United States Attorney, and Jennifer C. Noble, attorney for Elisabet Perez, with no objection from the Pre-Trial Officer, that Elisabet Perez's pre-trial release be modified to remove the requirement that she participate in a location monitoring program and abide by a curfew.

     Ms. Perez has been on pre-trial supervision since December 18, 2014. She was required to wear an ankle monitor (Condition No. 15) and was largely restricted to her residence from 7 p.m. to 7 a.m. (Condition No. 16). In the last year, Ms. Perez has participated in the MRT counseling program and is nearing graduation. The pre-trial officer has reported that Ms. Perez has no known violations of supervision in her time

1

under supervision.

For these reasons, Ms. Perez requests that Condition Nos. 15 and 16 be removed from her conditions of pretrial release. All other conditions of pre-trial release would remain unchanged.

IT IS SO STIPULATED.

Dated: December 15, 2015                  By: /s/ Jennifer C. Noble
                                          JENNIFER C. NOBLE
                                          WISEMAN LAW GROUP
                                          Attorney for Defendant
                                          ELISABET PEREZ


Dated: December 15, 2015                  BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ JOSH F. SIGAL
                                          JOSH F. SIGAL
                                          Assistant United States Attorney


### ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Conditions of Pre-Trial Release be modified as follows:

Condition 15 requiring defendant to wear an electronic monitoring device shall be removed. Condition 16 restricting defendant to her home for the hours of 7:00 p.m. to 7:00 a.m. shall be removed. All other conditions of pre-trial release remain in force.

IT IS SO ORDERED.

Dated: December 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order                          Case No. 2:14-CR-0326 JAM
To Modify Conditions of Pre-Trial Release