LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
ELISABET PEREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELISABET PEREZ,<br><br>　　　　　Defendant. | Case No. 2:14-CR-00326-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE:　March 18, 2016<br>TIME:　9:00 a.m.<br>JUDGE: Garland E. Burrell, Jr. |

Plaintiff United States of America, by and through Special Assistant United States Attorney Josh F. Sigal, and defendant Elisabet Perez, by and through counsel Scott L. Tedmon, hereby agree and stipulate as follows:

1. By previous order, this matter was set for status conference on March 18, 2016 at 9:00 a.m.

2. By this stipulation, the parties now move to continue the status conference to Friday, April 8, 2016 at 9:00 a.m., and to exclude time between March 18, 2016 and April 8, 2016 under Local Code T4.

3. The parties agree and stipulate, and request the Court find the following:

    a) On March 11, 2016, the Court ordered that Scott L. Tedmon be substituted

in as counsel of record for defendant Elisabet Perez, replacing former counsel of record Jennifer C. Noble.

b) Mr. Tedmon needs additional time to obtain and review defendant Elisabet Perez's case, which includes government produced discovery. The government has previously represented the discovery in this case includes approximately 182 pages of documents, including investigative reports and audio recordings. This discovery has been produced directly to former defense counsel Jennifer C. Noble and/or made available for inspection. Additionally, Mr. Tedmon needs time to review the currently proposed plea agreement, research the sentencing guidelines, and consult with defendant Elisabet Perez regarding the implications of a plea of guilty or proceeding to trial.

c) Mr. Tedmon believes the failure to grant the above-requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the foregoing, the ends of justice served by continuing the case regarding defendant Elisabet Perez as requested outweigh the best interest of the public and defendant Elisabet Perez in a speedy trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2016 to April 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant Elisabet Perez's request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant Elisabet Perez in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 16, 2016          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Josh F. Sigal
                               JOSH F. SIGAL
                               Special Assistant U.S. Attorney

DATED: March 16, 2016          LAW OFFICES OF SCOTT L. TEDMON

                               /s/ Scott L. Tedmon
                               SCOTT L. TEDMON
                               Attorney for Defendant Elisabet Perez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge