LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104

Attorney for Defendant
ELISABET PEREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ELISABET PEREZ,<br><br>           Defendant. | Case No. 2:14-CR-00326-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE:   April 8, 2016<br>TIME:   9:00 a.m.<br>JUDGE:  Garland E. Burrell, Jr. |

Plaintiff United States of America, by and through Special Assistant United States Attorney Josh F. Sigal, and defendant Elisabet Perez, by and through counsel Scott L. Tedmon, hereby agree and stipulate as follows:

1. By previous order, this matter was set for status conference on April 8, 2016 at 9:00 a.m.

2. By this stipulation, the parties now move to continue the status conference to Friday, April 22, 2016 at 9:00 a.m., and to exclude time between April 8, 2016 and April 22, 2016 under Local Code T4.

3. The parties agree and stipulate, and request the Court find the following:

   a) On March 11, 2016, the Court ordered that Scott L. Tedmon be substituted

in as counsel of record for defendant Elisabet Perez, replacing former counsel of record Jennifer C. Noble.

b) The parties have now agreed to the terms of a plea agreement, which is in writing.  Mr. Tedmon was scheduled to meet with defendant Elisabet Perez on Monday, April 4, 2016 at 9:00 a.m. to review and sign the plea agreement.

c) On April 2, 2016, Ms. Perez gave birth to a daughter, which was 4 weeks prior to her actual due date of April 30, 2016.  Given the need for Ms. Perez to recover from the delivery of her daughter, and meet with Mr. Tedmon to review and sign the plea agreement, it is necessary to continue the status conference to April 22, 2016.  It is anticipated the plea agreement will be signed by all parties and the April 22, 2016 court appearance will be for change of plea.

d) Mr. Tedmon believes the failure to grant the above-requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the foregoing, the ends of justice served by continuing the case regarding defendant Elisabet Perez as requested outweigh the best interest of the public and defendant Elisabet Perez in a speedy trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 8, 2016 to April 22, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a

continuance granted by the Court at defendant Elisabet Perez's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant Elisabet Perez in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: April 4, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Josh F. Sigal<br>JOSH F. SIGAL<br>Special Assistant U.S. Attorney |
| DATED: April 4, 2016 | LAW OFFICES OF SCOTT L. TEDMON |
| | /s/ Scott L. Tedmon<br>SCOTT L. TEDMON<br>Attorney for Defendant Elisabet Perez |

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge